UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

**FILED**

SEP - 5 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.

CRIMINAL NO. *1:07-00169*

21 U.S.C. § 843(b)

**EULALIA HEADEN**

## I N F O R M A T I O N

The United States Attorney Charges:

On or about July 9, 2007, in or near Havaco, McDowell County, West Virginia, within the Southern District of West Virginia, defendant EULALIA HEADEN knowingly and intentionally used a communication facility, that is, a telephone, in committing, causing, and facilitating the commission of an act constituting a felony in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, that is, aiding and abetting the possession with intent to distribute a quantity of hydrocodone, a Schedule III controlled substance.

In violation of Title 21, United States Code, Section 843(b).

UNITED STATES OF AMERICA

CHARLES T. MILLER
United States Attorney

By: _____
MILLER A. BUSHONG III
Assistant United States Attorney

Filed: September 5, 2007