# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at  Bluefield

Date: 10/16/2007                                     Case Number 1:07-cr-169

Case Style: USA vs. Eulalia Headen

Type of Hearing Plea Hearing

2512-Faber

Court Reporter Ayme Cochran                         Courtroom Deputy Cindy Lilly

Attorney(s) for the Plaintiff or Government Miller Bushong, III


Attorney(s) for the Defendant(s) Debra Kilgore


Law Clerk Allison Skinner                           Probation Officer Alex Alvarez

### Trial Time

### Non-Trial Time

Plea Hearing

### CourtTime

9:47 am    to 10:24 am
Total Court Time: 0 Hours 37 Minutes Non-Trial Time/Uncontested Time


### Courtroom Notes


Scheduled Start: 9:30 a.m.
Actual Start: 9:47 a.m.
Defendant present in person and by counsel.
Defendant placed under oath.
Court finds defendant competent to go forward.
Mr. Bushong summarizes plea agreement and files original.
Court conditionally approves the plea agreement.
Defendant waives reading of Information.
Court summarizes the Information.
Defendant pleads guilty to the Information.
Court reads statute with which defendant is charged.
Defendant advised of elements of offense government would have to prove at trial.
Mr. Bushong places on the record the factual basis for defendant's plea.
Defendant executes written plea of guilty.
Sentencing scheduled for February 12, 2008, 2:00 p.m. in Bluefield.
$10,000 Bond Set.
Court recessed at 10:24 a.m.

# District Judge Daybook Entry