The Honorable Judge David A. Faber
US Federal District Court
601 Federal Street, Suite 2
Bluefield, WV 24701



FILED

NOV 2 4 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Dear Honorable Judge Faber,

I am writing to you to ask if you would please reconsider the prison sentence that you bestowed upon me when I appeared before you on August 24, 2008. I pled guilty to the charge of using the telephone to commit a felony and was sentenced to fifteen months in prison. I reported to Southern Regional Jail in Beaver, WV on September 24, 2008 and have been incarcerated since that time. I am currently housed at the Federal Medical Center Carswell in Forth Worth Texas.

I am sixty-four years old and have had no prior criminal convictions and had been a law-abiding citizen for the majority of my life. I feel that I am a very good candidate for probation or some other type of alternative sentencing.

I also am currently suffering with a vast number of medical problems. These problems include but are not limited to: diabetes, congestive heart failure, blindness in the right eye, numbness in my feet and legs, renal failure, and I also have a pacemaker.

Judge Faber, this has been an extremely difficult time for my family and me. Since the time of my incarceration I have lost approximately 48 pounds due to stress and other health related problems. My husband is also in failing health and he is now the sole provider/caretaker for the two teenaged sons that we have at home.

I offer my sincerest apology to you and to society and am so very remorseful for what I have done, and in no way am I asking you or society to condone my behavior. I cannot begin to tell you how sorry I am for my wrongdoings. What I am asking is for you to please, have mercy on me and to give me a chance to redeem myself.

In closing I am reminded of a sermon that I once heard about Jesus not being able to find anyone to make the supreme sacrifice. Even some of the Prophets such as Moses, Jacob and Lot could not make the supreme sacrifice because they had all sinned and come short of the glory of God. I humbly and sincerely request any leniency that you can afford me. In turn you have my word that I will be a productive member of society as well as a model citizen.

Sincerely,

Eulalia J. Headen
07791-088

Name _EuLaLia Headen_
Reg. No. _07791-089_
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

FORT WORTH TX 761

21 NOV 2008 PM 1 L

LET US DARE TO READ,
THINK, SPEAK
John Adams, 1
presence of the

the Honorable Judge David Faber
US Federal District Court
601 Federal Street - Suite 2
Bluefield, WV       24701

24701+3044